O

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

NOV 3 0 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POIRIER, | Case No. CV 11-2030-JVS (RNB) |
| Plaintiff, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CITY OF NORTH HOLLYWOOD, et al., | |
| Defendants. | |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records on file and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court accepts the findings and recommendations of the Magistrate Judge.

     IT THEREFORE IS ORDERED that (1) plaintiff's § 1981 claims, state law claims, § 1983 malicious prosecution claim, § 1983 First Amendment claim, § 1983 claims against defendants Collins and John Doe, and § 1983 claims against the three named entity defendants are dismissed with prejudice; and (2) if plaintiff still desires to pursue this action, he is ordered to file within twenty-eight (28) days a Third Amended Complaint limited to his § 1983 Fourth Amendment claims against defendants Vasquez and Ocehoa in their individual capacities.

Plaintiff is admonished that, if he fails to timely file a Third Amended Complaint limited to his § 1983 Fourth Amended claims against defendants Vasquez and Ocehoa in their individual capacities, this action will be subject to dismissal for failure to prosecute and/or failure to comply with a Court order.

DATED:   _11. 28. 11_

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

2