JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JAN 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 1·20·12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD POIRIER,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF NORTH HOLLYWOOD, et al.,<br><br>    Defendants. | Case No. CV 11-2030-JVS (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Dismissing Action filed herein, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: 1. 17. 12

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 20 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY